ACCEPTED
06-14-00086-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/16/2015 4:18:19 PM
DEBBIE AUTREY
CLERK

## No. 06-14-00086-CV

IN THE SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/16/2015 4:18:19 PM
DEBBIE AUTREY
Clerk

FAYE COMTE & LAURA SEVERT

Plaintiff - Appellants

v.

SMITH COUNTY COMMISSIONERS COURT,
JOEL BAKER, CARY NIX, JEFF WARR,
JOANN HAMPTON & TERRY PHILLIPS

Defendants - Appellees

ON APPEAL FROM THE 241ST DISTRICT COURT
OF SMITH COUNTY, TEXAS
TRIAL CAUSE NO. 13-2492-C

APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE SIXTH COURT OF APPEALS:

COME NOW Appellees and file this their Unopposed Motion to Extend Time to File Brief, filed pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show unto the Court as follows:

APPELLEES' UNOPPOSED MOTION TO
EXTEND TIME TO FILE BRIEF

1. The deadline to file Appellees' Brief is January 29, 2015.

2. Counsel for Appellees has a case currently set for Trial in the Eastern District of Texas, Marshall Division on February 9, 2015, and counsel will be meeting with witnesses and preparing for this Trial. Appellees' request a 30-day extension to file their Brief.

3. This is Appellees' first request for an extension of the deadline to file Appellees' responsive brief and is not sought for purposes of undue delay, but so that the Appellees may have time to adequately respond to Appellants' arguments and craft a brief which will aid the Court in deciding the very important issues presented in this appeal.

Appellants do not oppose the relief requested in this Motion.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that the Court extend the time to file their Brief to February 27, 2015, and for any and all other relief to which they have shown themselves to be justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com

**ATTORNEY FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 16, 2015, Counsel for Appellees' office contacted counsel for Appellants, Laura Severt.  Ms. Severt does not oppose this motion.

_____
**Richard B. Vance**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on January 16, 2015, in the following manner:

 X   Via Electronic Filing

 X   Via Facsimile

_____
**Robert S. Davis**